ADAM GANZ, ESQ.
Nevada Bar No. 6650
Email: aganz@ganzhauf.com
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
Email: mhauf@ganzhauf.com
JOLENE MANKE, ESQ.
Nevada Bar No. 7436
Email: jmanke@ganzhauf.com
GANZ & HAUF
8950 W. Tropicana Avenue, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiff*
*Dong "Kevin" Guo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONG "KEVIN" GUO,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a foreign corporation; DOE WORKER, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01171-JCM-PAL<br><br>**STIPULATION AND ORDER**<br>**(FIRST REQUEST)** |

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file his response to Defendant Wal-Mart Stores, Inc's Motion to Dismiss Doe Worker Pursuant to FRCP 12(b)(6), (Dkt. 18, filed 10/22/18), currently due November 5, 2018 be extended through November 12, 2018.

    Likewise, the deadline for Defendant's Reply should be extended by seven (7) days from November 12, 2018, to November 19, 2018.



1     This is Plaintiff's first request for an extension and this stipulation is submitted in good faith
2 without the purpose of undue delay.

Dated this 5th day of November, 2018      Dated this 5th day of November, 2018.

GANZ & HAUF      PHILLIPS SPALLAS & ANGSTADT, LLC

*/s/ Marjorie Hauf, Esq.*      */s/ Robert K. Phillips, Esq.*

_____      _____
MARJORIE HAUF ESQ.      ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 8111      Nevada Bar No. 11441
JOLENE J. MANKE, ESQ.      TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 7436      Nevada Bar No. 12980
8950 W. Tropicana Ave. #1      504 S. Ninth Street
Las Vegas, NV 89147      Las Vegas, NV 89101
*Attorney for Plaintiff*      Attorney for Defendant
     WAL-MART STORES, INC.

    IT IS SO ORDERED.

    Dated: November 13, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

