# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONG "KEVIN" GUO,<br><br>                  Plaintiff(s),<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>                  Defendant(s). | Case No. 2:18-CV-1171 JCM (BNW)<br><br>ORDER |

      Presently before the court is the matter of *Guo v. Walmart Inc.*, case no. 2:18-cv-01171-JCM-BNW.

      Pending before the court is plaintiff Don "Kevin" Guo's ("plaintiff") motion to continue trial, which is currently set for Monday, January 27, 2010, at 9:00 a.m. (ECF No. 44).

      Plaintiff's attorneys, Adam Ganz and Marjorie Hauf, represent that they have a scheduling conflict with the current trial date in this case. *Id.* Plaintiff's attorneys are involved in the case *Harrison v. Castellon et al*, case number A-16-740718-C, in the Eighth Judicial District Court, Clark County, Nevada. *Id.* The state court set a "firm" trial date of January 29, 2020, in that case. *Id.*

      Plaintiff further indicates that his motion to continue trial is appropriate because his renewed motion to strike or, in the alternative, extend discovery deadlines remains pending before the court. *Id.*; (*see* ECF No. 39). Because the decision on that motion is forthcoming, plaintiff notes that there may be ongoing discovery obligations that necessitate continuing the trial date in this case. (ECF No. 44).

      The court finds that defendants have shown good cause for a continuance. The continuance is therefore granted.

**James C. Mahan**
**U.S. District Judge**

| | |
|---|---|
| 1 | Accordingly, |
| 2 | IT IS ORDERED THAT plaintiff's motion to continue trial (ECF No. 44) be, and the |
| 3 | same hereby is, GRANTED. |
| 4 | IT IS FURTHER ORDERED THAT the jury trial in case no. 2:18-cv-01171-JCM-BNW, |
| 5 | *Guo v. Walmart Inc.*, currently scheduled for Monday, January 27, 2010, at 9:00 a.m. be vacated |
| 6 | and continued to Monday, **June 15, 2020, at 9 a.m.** |
| 7 | IT IS FURTHER ORDERED THAT the parties shall appear for calendar call on |
| 8 | Wednesday, **June 10, 2020, at 1:30 p.m.** |
| 9 | IT IS SO ORDERED. |
| 10 | DATED November 19, 2019. |

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -