ADAM GANZ, ESQ.
Nevada Bar No. 6650
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Avenue, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DONG "KEVIN" GUO,

          Plaintiff,

vs.

WAL-MART STORES, INC., a foreign corporation; DOE WORKER, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,

          Defendants.

CASE NO.:   2:18-cv-01171-JCM-PAL

**STIPULATION AND ORDER TO CONTINUE TRIAL (SECOND REQUEST)**

     **WHEREAS** on March 12, 2020, the Governor of the State of Nevada declared a state of emergency in response to the COVID-19 outbreak;

     **WHEREAS** on March 13, 2020, this Court issued the first of several general orders in response to the COVID-19 outbreak, putting in place certain restrictions in an effort to curb the spread of the virus;

     **WHEREAS** on April 9, 2020, this Court amended general order 2020-03 and stated, "The Court has determined that jury trials must be further postponed in light of the COVID-19 pandemic, and each presiding judge will address any needed continuances of trial in their individual cases;"

     **WHEREAS** this case is set to be tried before a jury beginning on June 15, 2020;



**WHEREAS** it is unclear at this point in time whether the COVID-19 restrictions in Nevada will be lifted prior to the trial of this matter; and

**WHEREAS** there are several expert witnesses expected to testify at the trial of this matter, including some who reside out of state who will need to arrange travel and accommodations, which may be difficult given the current pandemic;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel of record, that the trial of this matter be continued from June 15, 2020, to a date on or after November 15, 2020.

Dated this 8th day of May, 2020.                    Dated this 8th day of May, 2020.

GANZ & HAUF                                          PHILLIPS SPALLAS & ANGSTADT, LLC

*/s/ Marjorie Hauf*                                  */s/ Timothy Kuhls*

_____                      _____
MARJORIE HAUF ESQ.                                  ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 8111                                 Nevada Bar No. 11441
CARA XIDIS, ESQ.                                    TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 11743                                Nevada Bar No. 12980
8950 W. Tropicana Ave. #1                           504 S. Ninth Street
Las Vegas, NV 89147                                 Las Vegas, NV 89101
*Attorney for Plaintiff*                            *Attorney for Defendant*

## ORDER

IT IS SO ORDERED.

Calendar call is hereby continued from June 10, 2020 at 1:30P.M. to November 25, 2020 at 1:30 p.m._____.

Trial is hereby continued from June 15, 2020 to _November 30, 2020 at 9:00 a.m._____.

Dated May 8, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

