UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONG "KEVIN" GUO,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:18-CV-1171 JCM (BNW)<br><br>ORDER |

Presently before the court is plaintiff Dong "Kevin" Guo's request for status check. (ECF No. 49).

Plaintiff requests "a status check regarding the likelihood that the trial of this matter will proceed as scheduled." (*Id.*). Plaintiff notes the need for sufficient notice and time to prepare the case's expert witnesses in light of the COVID-19 pandemic.

This court reminds the parties that civil jury trials will not be conducted within this district until further notice. *See* General Order 2020-03. For the sake of clarity, this court sua sponte continues this trial to July 26, 2021.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that calendar call currently scheduled for November 25, 2020, be, and the same hereby is, RESCHEDULED to July 21, 2021, at 1:30 PM in courtroom 6A.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that the trial currently scheduled for November 30, 2020,
2  be, and the same hereby is, RESCHEDULED to July 26, 2021, at 9:00 AM in courtroom 6A.
3   DATED October 23, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -