Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONG "KEVIN" GUO,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a foreign corporation; DOE WORKER, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01171-JCM-BNW<br><br>SUBSTITUTION OF ATTORNEY |

Defendant WAL-MART STORES, INC. hereby substitutes attorneys, Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, located at 1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144, in the above-entitled action, in place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, located at 504 South Ninth Street, Las Vegas, Nevada 89101.

DATED: March 22, 2022                         WAL-MART STORES, INC.

By: *Matthew Burgess*

1

Attorney Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, hereby consents to the substitution of Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, as attorney of record for Defendant WAL-MART STORES, INC.

DATED: March 21st, 2022

PHILLIPS, SPALLAS & ANGSTADT LLC

By: _____
Robert K. Phillips, Esq. (Bar #11441)
rphillips@psalaw.net
Timothy D. Kuhls, Esq. (Bar #13362)
tkuhls@psalaw.net

Attorneys Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, hereby consent to act as the attorney of record for Defendant WAL-MART STORES, INC. in the above-referenced matter in the place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC.

DATED: March 25th, 2022

SKANE MILLS LLP

By: /s/ Sarai L. Thornton
Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com

### ORDER
**IT IS SO ORDERED**

**DATED:** 2:13 pm, March 28, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March ___, 2022, I sent via e-mail a true and correct copy of the above and foregoing **SUBSTITUTION OF ATTORNEY**, through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

_____
An employee of SKANE MILLS LLP

### SERVICE LIST

| | |
|---|---|
| Adam Ganz, Esq.<br>Marjorie Hauf, Esq.<br>GANZ & HAUF<br>8950 West Tropicana Ave., Floor 6<br>Las Vegas, NV 89147<br>Phone : (702) 598-4529<br>Fax : (702) 598-3626<br>Email: aganz@ganzhauf.com<br>Email: mhauf@courtroomproven.com | *Attorneys for Plaintiff,* |