ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Counsel for Defendant*
*Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONG "KEVIN" GUO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No.:　　2:18-cv-01171-JCM-BNW<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST** |

COMES NOW, former counsel for Defendant, WAL-MART STORES, INC. ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the electronic service list on the above-captioned matter.

Specifically, undersigned counsel requests the physical address of 504 S. 9th Street, Las Vegas, NV 89101 be removed from the service list. Former counsel also requests the following electronic addresses be removed:

| | | |
|---|---|---|
| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |

| | | | |
|---|---|---|---|
| 1 | msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| 2 | tkuhls@psalaw.net | | |
| 3 | Pooja Kumar | pkumaresq@gmail.com | |
|  |  | pooja@paternosterlaw.com | |
| 5 | Timothy David Kuhls | tkuhls@psalaw.net | amccarty@psalaw.net |
| 6 | Betsy C. Jefferis | betsy@lawofficecorena.com | |
|  |  | jenniferr@lawofficecorena.com | |
| 7 |  | reau@lawofficecorena.com | |
|  |  | eva@lawofficecorena.com | |

DATED this 30th day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_[signature]_

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Counsel for Defendant
Wal-Mart Stores, Inc.*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 11:21 am, March 31, 2022

_[signature]_

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of March 2022, I served a true and correct copy of the foregoing, **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST,** as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification through CM/ECF File & Serve to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| MARJORIE L. HAUF, ESQ.<br>Nevada Bar No. 8111<br>MATTHEW G. PFAU, ESQ.<br>Nevada Bar No. 11439<br>CARA XIDIS, ESQ.<br>Nevada Bar No. 11743<br>H & P LAW<br>8950 West Tropicana Avenue, Suite 1<br>Las Vegas, Nevada 89147 | Phone 702-598-4529<br>Fax     702-598-3626 | Plaintiff |
| ELIZABETH A. SKANE, ESQ.<br>Nevada Bar No. 7181<br>SARAI L. THORNTON, ESQ.<br>Nevada Bar No. 11067<br>SKANE MILLS LLP<br>1120 Town Center Drive, Suite 200<br>Las Vegas, NV 89144 | Phone: 702-363-2535<br>Fax:     702-363-2534 | Defendant |

*/s/ Joshua J. Kephart*
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC