**SAO**
Marjorie L. Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Cara Xidis, Esq.
Nevada Bar No. 11743
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Dong "Kevin" Guo,**<br><br>           Plaintiff,<br><br>vs.<br><br>**Wal-Mart Stores, Inc.,** a foreign corporation; Doe Worker, an individual; Does 1 through 10, inclusive; and Roe Corporations 1 through 10, inclusive,<br><br>           Defendants. | Case No.: 2:18-cv-01171-JCM-BNW<br><br>**Stipulation and Order to Continue Trial**<br><br>**(4th Request)** |

**WHEREAS** Plaintiff is currently in China, as he was needed to care for an ailing father who has subsequently passed away;

**WHEREAS** China has extensive restriction on travel as a result of the COVID-19 pandemic;

**WHEREAS** Plaintiff will not be able to return to the United States for at least three months; and

**WHEREAS** the parties are in the process of scheduling a mediation to take place in January of 2023;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel of record, that the trial of this matter be continued from August 22, 2022, to a date on or after March 1, 2023.

Dated this 19th day of July, 2022.

H&P LAW

/s/ Marjorie Hauf
_____
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
8950 W. Tropicana Ave. #1
Las Vegas, NV 89147
*Attorney for Plaintiff*

Dated this 19th day of July, 2022.

SKANE MILLS LLP

/s/ Laleaque Grad
_____
Laleaque Grad, Esq.
Nevada Bar No. 8475
Sarai L. Thornton, Esq.
Nevada Bar No. 11067
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

IT IS ORDERED that the calendar call is continued to March 8, 2023, at 1:30 p.m. and the trial is continued to March 13, 2023, at 9:00 a.m.

Dated July 20, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE