Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Dong "Kevin" Guo,**<br><br>Plaintiff,<br><br>vs.<br><br>**Wal-Mart Stores, Inc.,** a foreign corporation; Doe Worker, an individual; Does 1 through 10, inclusive; and Roe Corporations 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01171-JCM-BNW<br><br>**Stipulation and Order to Continue Trial**<br>**(5th Request)** |

WHEREAS Plaintiff and Defendant have reached a complete settlement of this matter, but need additional time to submit a stipulation for dismissal,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel of record, that the trial of this matter be continued from March 13, 2023, to the Court's next available trial stack.

IT IS SO STIPULATED

DATED this 3rd day of March, 2023.        DATED this 3rd day of March, 2023.

H&P LAW                                                         SKANE MILLS LLP


/s/ Marjorie Hauf                                            /s/ Laleque Grad
Marjorie L. Hauf, Esq.                                   Elizabeth A. Skane, Esq.
Cara Xidis, Esq                                              Laleaque Grad, Esq.
710 S. 9th Street                                            1120 Town Center Drive, Suite 200
Las Vegas, NV 89101                                    Las Vegas, NV 89144

**Order**

IT IS ORDERED that the calendar call currently set for March 8, 2023, is vacated and reset to **April 19, 2023, at 1:30 p.m.**; and the trial currently set for March 13, 2023, is vacated and reset to **April 24, 2023, at 9:00 a.m.**

DATED March 6, 2023.

IT IS SO ORDERED

_____
United States District Court Judge