Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com
Laleaque Grad, Esq. (Bar #8475)
lgrad@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONG "KEVIN" GUO,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a foreign corporation; DOE WORKER, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01171-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST WAL-MART STORES, INC., WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, DONG "KEVIN" GUO ("Plaintiff"), by and through his counsel of record, Cara Xidis, Esq. of H&P LAW, and Defendant WAL-MART STORES, INC., by and through its counsel of record, Sarai L. Thornton, Esq. and Laleaque Grad, Esq. of SKANE MILLS LLP, that the Complaint filed by Plaintiff DONG "KEVIN" GUO against Defendant WAL-MART STORES, INC. and any amendments thereafter, are hereby dismissed with prejudice against WAL-MART STORES, INC. Each party to bear their own attorneys' fees and costs.

///

///

1

1     **IT IS SO STIPULATED.**

3     DATED this 28th day of March, 2023.      DATED this 29th day of March, 2023.

4     H&P LAW      SKANE MILLS LLP

/s/      /s/ *Sarai L. Thornton*

By:_____      By:_____
Cara Xidis, Esq. (Bar #11743)      Sarai L. Thornton, Esq. (Bar #11067)
*Cxidis@CourtRoomProven.com*      *sthornton@skanemills.com*
710 South 9th Street      Laleaque Grad, Esq. (Bar #8475)
Las Vegas, Nevada 891101      *lgrad@skanemills.com*
Attorney for, DONG "KEVIN" GUO      1120 Town Center Drive, Suite 200
     Las Vegas, Nevada 89144
     Attorneys for, WAL-MART STORES, INC.

26 ///
27 ///
28 ///


# ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, DONG "KEVIN" GUO, against Defendant WAL-MART STORES, INC., in the above-captioned matter, United States District Court, Case No. 2:18-cv-01171-JCM-VCF, including all claims alleged therein, are hereby dismissed with prejudice as to Defendant WAL-MART STORES, INC. Each party to bear its own attorneys' fees and costs.

DATED March 31, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SKANE MILLS LLP

/s/ *Sarai L. Thornton*
By:_____
Elizabeth A. Skane, Esq. (Bar # 7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com
Laleaque Grad, Esq. (Bar #8475)
lgrad@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535

Attorneys for, WAL-MART STORES, INC.